JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PORTIA MASON,                                    )     Case No. CV 21-7433 FMO (PLAx)
                                                 )
                          Plaintiff,             )
                                                 )
          v.                                     )     **ORDER DISMISSING ACTION**
                                                 )
LIFE STORAGE LP, et al.,                         )
                                                 )
                          Defendants.            )
_____ )

    The complaint in the above-captioned case contains individual and class allegations, and while an answer has been filed, no substantial motion practice has taken place in the matter. Now, the court is informed that the parties have settled the matter, and that the parties stipulated to "dismissal as to Plaintiff's individual claims, with prejudice, and without prejudice as to the class claims[.]"  (See Dkt. 18, Stipulated Request for Dismissal [] ("Stipulated Request") at 4.)  Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED THAT:

    1.  The parties' Stipulated Request (**Document No. 18**) is **granted**.

    2.  All claims by plaintiff Portia Mason are **dismissed** from this action with prejudice.

    3.  The putative class claims are **dismissed** without prejudice.

Dated this 28th day of January, 2022.

                                                              /s/
                                              _____
                                                       Fernando M. Olguin
                                                    United States District Judge